UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG KAISER GARRETT,<br><br>             Plaintiff,<br><br>vs.<br><br>J. McNUTT, et al.,<br><br>             Defendants.<br>_____/ | 1:06-cv-01314-AWI-SMS PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14)<br><br>**ORDER DISMISSING CERTAIN CLAIMS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR SERVICE OF PROCESS** |

Plaintiff Craig Kaiser Garrett ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 26, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days.  To date, plaintiff has not filed any objection to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 26, 2007, is ADOPTED IN FULL;
2. This action shall proceed on plaintiff's amended complaint, filed March 27, 2007, against defendants Sweeney, McNutt, and Salcido for retaliation, use of excessive force, and conspiracy, and against defendant Pateo for denial of medical care;
3. Plaintiff's claim against defendant Pateo for conspiracy is DISMISSED, with prejudice, for failure to state a claim;
4. Plaintiff's injunctive relief claims are DISMISSED and this action proceed as one for money damages only; and,
5. This action is referred back to the Magistrate Judge for the initiation of service of the amended complaint by the United States Marshal.

IT IS SO ORDERED.

**Dated:    October 16, 2007**          **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE