IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CRAIG KAISER GARRETT,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**J. McNUTT, et al.,**<br><br>　　　　　Defendants. | 1:06-CV-1314 AWI SMS (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR A 30-DAY EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING**<br><br>New Deadline: <u>February 6, 2008</u> |

　　　　Defendants' First Request for an Extension of Time to File Initial Responsive Pleading was considered by this Court and, good cause appearing,

　　　　IT IS ORDERED that Defendants have a thirty-day extension to file their initial response to Plaintiff's Complaint, up to and including February 6, 2008.

IT IS SO ORDERED.

**Dated: <u>January 11, 2008</u>**　　　　　　　　<u>　　/s/ Sandra M. Snyder　　</u>
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE