# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG KAISER GARRETT, | CASE NO. 1:06-cv-01314-AWI-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR ENTRY OF DEFAULT |
| v. | (Doc. 22) |
| J. McNUTT, et al., | |
| Defendants. | |

Plaintiff Craig Kaiser Garrett ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against defendants Sweeney, McNutt, and Salcido for retaliation, use of excessive force, and conspiracy, and against defendant Patel[1] for denial of medical care. On December 14, 2007, plaintiff filed a motion seeking entry of default against defendants Sweeney, McNutt, and Salcido, and Patel ("defendants").

Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a).

///
///
///
///

---

[1] Identified as Pateo in the complaint.

1

1   Defendants waived service of the summons and their response to plaintiff's complaint was
2 due on or before January 10, 2008.² Fed. R. Civ. P. 4(d); Court Docs. 26-29. Accordingly,
3 plaintiff's motion for entry of default was premature, and is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **February 21, 2008**            /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE

---

² Defendants filed a timely request for an extension of time, which was granted by the Court.

2