# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CRAIG KAISER GARRETT,

                Plaintiff,

   v.

J. McNUTT, et al.,

               Defendants.
_____/

CASE NO. 1:06-cv-01314-AWI-SMS PC

ORDER REQUIRING DEFENDANTS TO
CURE PROCEDURAL DEFICIENCY WITHIN
FIFTEEN DAYS BY FILING NOTICE OF
MOTION AND MOTION IN COMPLIANCE
WITH LOCAL RULE 78-230(B)

(Doc. 30)

Plaintiff Craig Kaiser Garrett ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against defendants Sweeney, McNutt, and Salcido for retaliation, use of excessive force, and conspiracy, and against defendant Patel[1] for denial of medical care. On December 14, 2007, plaintiff filed a motion seeking entry of default against defendants Sweeney, McNutt, and Salcido, and Patel ("defendants").

On February 15, 2008, defendants filed a memorandum in support of their motion to dismiss. However, defendants failed to file a notice of motion and motion with their memorandum. Local Rule 78-23(b). Defendants are HEREBY ORDERED to cure this deficiency within **fifteen (15) days** or their memorandum will be stricken from the record.

IT IS SO ORDERED.

**Dated:    February 21, 2008**          _____/s/ Sandra M. Snyder_____
                            UNITED STATES MAGISTRATE JUDGE

---

[1] Identified as Pateo in the complaint.

1