# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CRAIG KAISER GARRETT,                          CASE NO. 1:06-cv-01314-AWI-SMS PC

               Plaintiff,                          ORDER STRIKING SURREPLY

     v.                                      (Doc. 38)

J. McNUTT, et al.,

               Defendants.
_____/

     On February 25, 2008, Defendants filed a motion to dismiss for failure to exhaust the available administrative remedies.  (Doc. 35.)  Plaintiff filed an opposition on February 29, 2008, and Defendants filed a reply on March 5, 2008.  (Docs. 36, 37.)  Defendants' motion to dismiss was deemed submitted pursuant to Local Rule 78-230(m) on March 5, 2008.  However, on March 19, 2008, Plaintiff filed a surreply.  Plaintiff does not have a right to file a surreply under the Local Rules or the Federal Rules of Civil Procedure, and Plaintiff did not obtain leave of court to do so. Therefore, Plaintiff's surreply is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:    May 2, 2008**                          _____/s/ Sandra M. Snyder_____
                                        UNITED STATES MAGISTRATE JUDGE

1