# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG KAISER GARRETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. McNUTT, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　/ | CASE NO. 1:06-cv-01314-AWI-SMS PC<br><br>ORDER REQUIRING DEFENDANT SWEENEY TO FILE AN ANSWER WITHIN FIFTEEN DAYS<br><br>(Doc. 48) |

On December 16, 2008, Defendant Sweeney's motion to dismiss for failure to state a claim was denied. Defendant Sweeney is HEREBY ORDERED to file an answer to Plaintiff's amended complaint within fifteen days from the date of service of this order.

IT IS SO ORDERED.

**Dated:    December 18, 2008**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1