1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  CRAIG KAISER GARRETT,                    CASE NO. 1:06-cv-01314-AWI-SMS PC

10                         Plaintiff,       ORDER EXTENDING APPLICATION OF
                                            DISCOVERY AND SCHEDULING ORDER
11        v.                                TO DEFENDANT SWEENEY

12  J. McNUTT, et al.,                      (Doc. 50)

13                         Defendants.
                                        /
14

15        On December 18, 2008, Defendant Sweeney filed an answer.  Accordingly, application of

16  the discovery and scheduling order filed on December 18, 2008, is HEREBY ORDERED extended

17  to Defendant Sweeney.

18

19  IT IS SO ORDERED.

20  **Dated:    January 5, 2009**              **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

1