# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG KAISER GARRETT,<br><br>    Plaintiff,<br><br>  v.<br><br>J. McNUTT, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-01314-AWI-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION TO COMPEL AND FOR SANCTIONS WITHIN THIRTY DAYS<br><br>(Doc. 54) |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Craig Kaiser Garrett, a former state prisoner proceeding pro se and in forma pauperis. On April 24, 2009, Defendants McNutt, Salcido, Patel, and Sweeney filed a motion to compel Plaintiff's deposition and for sanctions. More than twenty-one days have passed and Plaintiff has not filed an opposition or a statement of non-opposition to the motion. Local Rule 78-230(m).[1]

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file a response to Defendants' motion within **thirty (30) days** from the date of service of this order; and

///
///
///
///

---

[1] Although Plaintiff is no longer incarcerated, Local Rule 78-230(m) continues to apply to this case, in accordance with the Court's general practice.

1

2. <u>The failure to file a response to Defendants' motion in compliance with this order will result in dismissal of this action, with prejudice.</u>

IT IS SO ORDERED.

**Dated:   May 27, 2009**                                    /s/ Sandra M. Snyder
                                                       UNITED STATES MAGISTRATE JUDGE

2