# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG KAISER GARRETT,<br><br>        Plaintiff,<br><br>   v.<br><br>J. McNUTT, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-01314-AWI-SMS PC<br><br>ORDER GRANTING MOTION FOR MODIFICATION OF SCHEDULING ORDER<br><br>(Doc. 61) |

    This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Craig Kaiser Garrett, a former state prisoner proceeding pro se and in forma pauperis. Pending before the Court are the parties' motions relating to Plaintiff's failure to appear for a deposition. The parties should anticipate a ruling on the motions within the next few weeks.

    On October 7, 2009, Defendants filed a motion requesting that the scheduling order be modified and a new dispositive motion deadline be set following the Court's ruling on the pending motions, which include a motion for terminating sanctions.

    Defendants' motion is HEREBY GRANTED. Depending on the resolution of Defendants' motion for terminating sanctions, a new pretrial dispositive motion deadline will be set if necessary.

IT IS SO ORDERED.

**Dated:   October 9, 2009**                /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE