# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG KAISER GARRETT,<br><br>            Plaintiff,<br><br>    v.<br><br>J. McNUTT, et al.,<br><br>            Defendants.<br>                                                              / | CASE NO. 1:06-cv-01314-AWI-SMS PC<br><br>ORDER STRIKING UNTIMELY AMENDED OBJECTION FROM RECORD<br><br>(Doc. 69) |

On December 14, 2009, Plaintiff filed an Amended Objection to the Findings and Recommendations filed on October 20, 2009. Objections were due within thirty days from October 20, 2009. Plaintiff's Amended Objection is untimely, and Plaintiff failed to seek an extension of the deadline from the court. Further, the Findings and Recommendations at issue was adopted in full on December 8, 2009, and this action was dismissed.

Plaintiff's untimely Amended Objection, filed without leave of court, is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:    December 15, 2009**          /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE